IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09 CV 2806 |
| | ) | |
| v. | ) | Judge Hibbler |
| | ) | |
| CITY OF CHICAGO, a municipal | ) | Magistrate Judge Denlow |
| Corporation, Chicago Police Officers | ) | |
| T. Southard, #7670, and S. Segura, | ) | Jury Trial Requested |
| #12514, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Defendants, the City of Chicago and Chicago Police Officers Southard and Segura (hereinafter collectively referred to as "Defendants"), by and through one of their attorneys, Colleen DeRosa, Special Assistant Corporation Counsel for the City of Chicago, respectfully move this Court for leave to withdraw as attorney for Defendants. In support of this motion, Defendants state as follows:

1. The undersigned, Colleen DeRosa, Special Assistant Corporation Counsel for the City of Chicago, has previously filed an appearance for the Defendants.

2. As of December 10, 2010, Ms. DeRosa will no longer be working for the City of Chicago Corporation Counsel's Office.

3. Jonathan Green, Mary McCahill, and Robin Shoffner, Assistant Corporation Counsel for the City of Chicago, have previously filed appearances on behalf of the Defendants and will continue to represent them.

4. Ms. DeRosa is requesting that the Court grant this motion and enter an order permitting her to withdraw from representing Defendants as counsel of record in this

matter.

5.    This motion is not intended to cause delay to this proceeding or to prejudice any party.

WHEREFORE, for all of the foregoing reasons, Defendants, the City of Chicago and Chicago Police Officers Southard and Segura, respectfully request that this Court allow Colleen DeRosa to withdraw as counsel for the Defendants.

                                       Respectfully submitted,

                                       /s/ Colleen G. DeRosa
                                       COLLEEN G. DeROSA
                                       Special Assistant Corporation Counsel

City of Chicago, Department of Law
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-1842
Attorney No. 6301589

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused true and correct copies of the above and foregoing DEFENDANTS' MOTION TO WITHDRAW APPEARANCE OF COUNSEL to be served upon all parties of record through the CM/ECF system, in accordance with the rules of electronic filing of documents, on this 23rd day of November, 2010.


    /s/ Colleen G. DeRosa
COLLEEN G. DeROSA